Stephanie R. Tatar (237792)
Tatar Law Firm, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
*Stephanie@TheTatarLawFirm.com*

Attorney for Plaintiff,
HOLLY BAILAND

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| HOLLY BAILAND, | ) Case No.: SACV15-138 DOC (JCGx) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| TCM FINANCIAL SERVICES, LLC | ) |
| Defendants. | ) |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses this matter without prejudice.

Dated:   December 2, 2015          Respectfully Submitted:

                                   For Plaintiff, HOLLY BAILAND

                                   /s/ Stephanie R. Tatar
                                   Tatar Law Firm, APC
                                   3500 West Olive Ave. Ste. 300
                                   Burbank, CA 91505

---